# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Alex and Ani LLC** and **A and A Shareholding Co., LLC**,<br><br>   Plaintiffs,<br><br>   v.<br><br>**Bank of America, N.A.**, and **Does 1-10**,<br><br>   Defendants. | Civil Action No. 1:19-cv-06929-RA |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Alex and Ani LLC and A and A Shareholding Co., LLC voluntarily dismiss the above captioned action with prejudice. In accordance with Rule 41(a)(1), this voluntary dismissal has been filed before Defendant has filed an answer or a motion for summary judgement.

Dated:  August 19, 2019                Respectfully Submitted,

/s/ Harmeet K. Dhillon
Harmeet K. Dhillon (SDNY 6057)
*harmeet@dhillonlaw.com*
Nitoj Singh (*pro hac vice* to be filed)
*nsingh@dhillonlaw.com*
DHILLON LAW GROUP, INC.
177 Post St. Suite 700
San Francisco, CA 94108
(415) 433-1700

Brian J. Dunne (NY 4605580) (SDNY pending)
*bdunne@piercebainbridge.com*
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
355 S. Grand Ave. 44th Floor
Los Angeles, CA 90071

(213) 262-9333

David L. Hecht (SDNY DH4084)
*dhecht@piercebainbridge.com*
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
277 Park Avenue, 45th Floor
New York, NY 10172
(212) 484-9866

***COUNSEL FOR PLAINTIFFS***
*Alex and Ani, LLC and*
*A and A Shareholding Co., LLC*